Darryl M. Woo (SBN 100513)
dwoo@fenwick.com
Jae Won Song (SBN 215597)
jsong@fenwick.com
Ryan J Marton (SBN 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, California 94104
Telephone: 415-875-2300
Facsimile: 415-281-1350

Attorneys for Plaintiff
UNO & Company, Ltd.


Dariush G. Adli (SBN 204959)
adli@adlilaw.com
Raymond Chan (SBN 220534)
raymond.chan@adlilaw.com
Elizabeth Yang (SBN 249713)
elizabeth.yang@adlilaw.com
ADLI LAW GROUP P.C.
633 West Fifth Street, Suite 5880
Los Angeles, California 90071
Telephone: 213-623-6546
Facsimile: 213-623-6554


Attorneys for Defendant
Kaneka Corporation
(Limited Appearance)

# UNITED STATES DISTRICT COURT

## NOTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| UNO & COMPANY, LTD., a Korean corporation, <br><br> Plaintiffs, <br><br> vs. | Case No.: 4:10-cv-5026 SBA <br><br> [proposed] ORDER GRANTING JOINT STIPULATION TO MOVE HEARING DATES FOR CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| KANEKA CORPORATION, a Japanese Corporation,<br><br>            Defendant. | AND DEFENDANT'S MOTION TO DISMISS<br><br>**[Limited Appearance]**<br><br>Current Hearing Date: April 12, 2011<br><br>New Hearing Date: May 17, 2011 |

   Upon consideration of the parties' Joint Stipulation to Move Hearing Dates for Case Management Conference and Defendant Kaneka's Motion to Dismiss, and good cause appearing,

   IT IS HEREBY ORDERED THAT the hearing date for the Case Management Conference and Defendant Kaneka's Motion to Dismiss is **CONTINUED** from April 12, 2011 to **May 17, 2011 at 1:00 p.m.** The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference. The statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Order of this Court. The Court may resolve the motion without oral argument. Civ. L.R. 7-1(b). The parties are advised to check the Court's website to determine whether an appearance on the motion and for the Case Management Conference is required.

   PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: Feb. 18, 2011

_____
The Honorable Saundra B. Armstrong
United States District Judge

1