DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
JAE WON SONG (CSB NO. 215597)
jsong@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, California 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff and Counterclaim Defendants
UNO & COMPANY, LTD., JBS HAIR, INC., and
JINNY BEAUTY SUPPLY CO., INC.

DARIUSH G. ADLI
adli@adlilaw.com
ELIZABETH YANG
elizabeth.yang@adlilaw.com
YUN LOUISE LU
louise.lu@adlilaw.com
ADLI LAW GROUP
633 West Firth Street, Suite 5880
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendant and Counterclaimant
KANEKA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNO & COMPANY, Ltd., a Korean corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KANEKA CORPORATION, a Japanese corporation,<br><br>　　　　　　Defendant. | Case No. CN-10-05026-SBA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING JBS HAIR, INC. AND JINNY BEAUTY SUPPLY ADDITIONAL TIME TO RESPOND TO THIRD PARTY COMPLAINT** |

[PROPOSED] ORDER (CN-10-05026-SBA)

1  KANEKA CORPORATION, a Japanese corporation,
2
3              Counterclaimant,
4  v.
5  UNO & COMPANY, Ltd., a Korean corporation; JBS HAIR, INC., a Georgia corporation; and JINNY BEAUTY SUPPLY
6  CO., INC., a Georgia corporation,
7              Counterclaim Defendants.
8
9       Upon consideration of the parties' Joint Stipulation extending JBS Hair, Inc. and Jinny
10 Beauty Supply Inc.'s time to respond to the Third-Party Complaint to June 21, 2011,
11    IT IS SO ORDERED.
12
13 Dated: June 13, 2011         By: ___/s/ Saundra B. Armstrong___
                                    The Honorable Saundra B. Armstrong
14                                  U.S. District Court Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO