DARRYL M. WOO (CSB NO. 100513)
dwoo@fenwick.com
JAE WON SONG (CSB NO. 215597)
jsong@fenwick.com
RYAN J. MARTON (CSB NO. 223979)
rmarton@fenwick.com
FENWICK & WEST LLP
555 California Street
12th Floor
San Francisco, California  94104
Telephone: (415) 875-2300
Facsimile:  (415) 281-1350

Attorneys for Plaintiff and Counterclaim Defendants
UNO & COMPANY, LTD., JBS HAIR, INC., and
JINNY BEAUTY SUPPLY CO., INC.

DARIUSH G. ADLI
adli@adlilaw.com
ELIZABETH YANG
elizabeth.yang@adlilaw.com
YUN LOUISE LU
louise.lu@adlilaw.com
ADLI LAW GROUP
633 West Firth Street, Suite 5880
Los Angeles, CA 90071
Telephone: (213) 623-6546
Facsimile: (213) 623-6554

Attorneys for Defendant and Counterclaimant
KANEKA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNO & COMPANY, Ltd., a Korean corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>KANEKA CORPORATION, a Japanese corporation,<br><br>            Defendant. | Case No. 4:10-cv-5026 SBA<br><br>**STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

STIPULATION AND VOLUNTARY
DISMISSAL WITHOUT PREJUDICE                                          (CASE NO. 4:10-CV-5026 SBA)

| | |
|---|---|
| 1 | KANEKA CORPORATION, a Japanese corporation, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | UNO & COMPANY, Ltd., a Korean corporation; JBS HAIR, INC., a Georgia corporation; and JINNY BEAUTY SUPPLY CO., Inc., a Georgia corporation, |
| 6 | |
| 7 | Third Party Defendants. |

## STIPULATION AND VOLUNTARY DISMISSAL WITHOUT PREJUDICE

In light of the Northern District of Texas's denial of Uno & Company, Ltd. ("UNO") and JBS Hair Inc.'s ("JBS Hair") Motion for Judgment on the Pleadings and denial of Motion to Transfer on July 5, 2011 in *Kaneka Corporation v. JBS Hair, Inc. and UNO & Co., Ltd.*, No. 3:10-cv-01430-P (filed July 20, 2010), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Third-Party Defendants UNO, JBS Hair, Inc. and Jinny Beauty Supply Co., Inc. and Defendant and Counterclaimant Kaneka Corporation ("Kaneka") hereby stipulate and jointly move the Court to dismiss without prejudice all claims, counterclaims and third-party claims in this action.  Each party will bear its own costs and attorneys' fees.

SO STIPULATED.

Dated: July 12, 2011                             FENWICK & WEST LLP

By:/s/*Ryan J. Marton*
                                                             Ryan J. Marton

Attorneys for Plaintiff and Counterclaim Defendants
UNO & COMPANY, LTD., JBS HAIR, INC., and JINNY BEAUTY SUPPLY CO., INC.

| | |
|---|---|
| Dated: June 12, 2011 | ADLI LAW GROUP |
| | By:/s/*Elizabeth Yang* |
| | Elizabeth Yang |
| | Attorneys for Defendant and Counterclaimant<br>KANEKA CORPORATION |

### ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order No. 45, Section X.B., I hereby attest that I have obtained concurrence of the above noted signatories as indicated by a "conformed" signature (/s/) within this e-filed document.

| | |
|---|---|
| Dated:   July 12, 2011 | By:  */s/ Ryan J. Marton* |
| | Ryan J. Marton |

### ORDER GRANTING STIPULATION AND VOLUNTARY DISMISSAL

Upon presentation of the Stipulation and Voluntary Dismissal, it is hereby ordered that:

1. This Action is hereby dismissed without prejudice.

| | |
|---|---|
| DATED: 7/13/11 | _____<br>The Hon. Saundra Brown Armstrong<br>United States District Court Judge |